LODGED
SEP 29 2017
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
OCT 06 2017
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 17-po-5096-JTJ |
| | VIOLATIONS: |
| Plaintiff, | 6028160 |
| | 6028161 |
| vs. | 6028162 |
| | 6028163 |
| STEVEN L. STRIKE, | 6028164 |
| Defendant. | Location Code: M13 |
| | ORDER |

Based upon the joint unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall serve 25 days in jail and receive credit for 25 days served in county jail for VN 6028160 and VN 6028161. Defendant will pay a $30.00 processing fee for VN 6028160 and a $30.00 processing fee for VN 6028161. The $60 processing fee will be paid in full on or before March 21, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O Box 71363
Philadelphia, Pa 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that VN 6028162, VN 6028163 and VN 6028164 are DISMISSED.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for September 29, 2017, is VACATED.

DATED this 5th day of September/~~October,~~ 2017.

*[signature]*

John Johnston
United States Magistrate Judge